## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN NANNI, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MERION, LLC, a Delaware Limited Liability Company, <br><br> Defendant. | Case No: 1:18-cv-00585-RGA |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

Dated: July 26, 2018

Respectfully Submitted,

/s/ David T. Crumplar
David T. Crumplar (#5876)
Jacobs & Crumplar, P.A.
750 Shipyard Drive, Suite 200
Wilmington, DE 19801
Telephone: (302) 656-5445
Facsimile: (302) 656-5875
davy@jcdelaw.com

Respectfully Submitted,

/s/ Kevin A. Guerke
Kevin A. Guerke, Esq. (DE4096)
BAIRD MANDALAS BROCKSTEDT, LLC
2961 Centerville Rd., Suite 310
Wilmington, Delaware 19808
Telephone: (302) 327-1100
Facsimile: (302) 327-1101
kguerke@bmbde.com

SO ORDERED this 27 day of July, 2018

United States District Judge

1